Amy M. Samberg
Nevada Bar No. 10202
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
One Renaissance Tower
Two North Central Avenue, 18th Floor
Phoenix, AZ 85004
Telephone: 602-777-6230
Facsimile: 312-863-5099
Email: asamberg@fgppr.com

Alaina C. Stephens
Nevada Bar No. 13512
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510
Facsimile: 312-863-5099
Email: astephens@fgppr.com

*Attorneys for General Insurance Company
Of America and American States Insurance
Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN O'FARRELL,<br><br>Plaintiff,<br>v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA, A Washington Corporation, AMERICAN STATES INSURANCE COMPANY, A Indiana Corporation, ABC CORPORATIONS I-X; BLACK AND WHITE COMPANIES I-X; and JOHN DOES I-X, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00077-LRH-VPC<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS GENERAL INSURANCE COMPANY OF AMERICA AND AMERICAN STATES INSURANCE COMPANY TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, Steven O'Farrell, through his counsel of record Mark Wenzel, of the law firm of Bradley, Drendel & Jeanney, and

Defendants, General Insurance Company of America and American States Insurance Company ("Defendants"), through their counsel of record Alaina C. Stephens, of the law firm of Foran Glennon Palandech Ponzi & Rudloff PC, that Defendants may have up to and including March 20, 2018 within which to file a response to Plaintiff's Complaint.

This extension of time is needed to allow Defendants additional time to review O'Farrell's claims and determine applicable insurance coverage in the above-captioned matter.

DATED: February 23, 2018

BRADLEY, DRENDEL & JEANNEY

By: __/s/ Mark Wenzel__
Mark Wenzel (Nevada Bar No. 5820)
P.O. Box 1987
Reno, NV 89505

*Attorney for Plaintiff Steven O'Farrell*

DATED: February 23, 2018

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: __/s/ Alaina Stephens__
Amy M. Samberg (Nevada Bar No. 10212)
One Renaissance Tower
Two North Central Avenue, 18th Floor
Phoenix, AZ 85004

Alaina C. Stephens (Nevada Bar No. 13512)
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Defendants General Insurance Company of America and American States Insurance Company*

## ORDER

IT IS SO ORDERED.

DATED: February _24_, 2018.

UNITED STATES MAGISTRATE JUDGE