UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN O'FARRELL,<br><br>            Plaintiff,<br><br>v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA, A Washington Corporation, AMERICAN STATES INSURANCE COMPANY, A Indiana Corporation, ABC CORPORATIONS I-X; BLACK AND WHITE COMPANIES I-X; and JOHN DOES I-X, inclusive,<br><br>           Defendants.<br>_____/ | Case No. 3:18-cv-00077-LRH-VPC<br>ORDER APPROVING<br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

      IT IS HEREBY STIPULATED AND AGREED between the parties hereto, STEVEN O'FARRELL, by and through his attorney Mark Wenzel, Esq. of Bradley, Drendel & Jeanney, and GENERAL INSURANCE COMPANY OF AMERICA by and through their attorney Alaina Stephens of Foran Glennon, that the above-entitled matter be voluntarily dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a), and that each party shall bear their own attorney's fees and costs.

      IT IS FURTHER STIPULATED that the jury fees previously posted on behalf of any party be returned to counsel for that party.

AFFIRMATION Pursuant to NRS 239B.030

      The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

//

-1-

Dated this 4th day of April 2018.        Dated this 4th day of April 2018.

BRADLEY, DRENDEL & JEANNEY          FORAN GLENNON

/s/ Mark Wenzel                              /s/ Alaina C. Stephens

Mark Wenzel, Esq.                          Alaina Stephens

**<u>ORDER</u>**

Upon stipulation of the parties hereto and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter be dismissed without prejudice and that each party shall bear their own attorney's fees and costs.

IT IS FURTHER ORDERED that the Court Clerk shall return the jury fees on deposit by any party to counsel for that party.

Dated this 5th day of April 2018.

_____
LARRY R. HICKS, UNITED STATES DISTRICT JUDGE